UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JOHN WOLFENBARGER

Plaintiff,

NO. 2:24-cv-10616

|  |  |
|---|---|
|  | HON. MARK A. GOLDSMITH |
|  | MAG. DAVID R. GRAND |
| HEIDI WASHINGTON, et al., | **ORAL ARGUMENT REQUESTED** |
| Defendants. |  |

_____

| | |
|---|---|
| Kama Patel LLC (P62237) | Joshua Smith |
| Attorney for Plaintiff | Assistant Attorney General |
| 45863 Tournament Drive | Attorney for MDOC Defendants |
| Northville, MI 48168 | Mich. Dept. of Attorney General |
| (734) 377-6233 | Corrections Division |
| | P.O. Box 30217 |
| | Lansing, MI 48909 |
| | (517) 335-3055 |

_____

MOTION TO WITHDRAW AS COUNSEL

NOW COMES Kama Patel, counsel of record for Plaintiff, John wolfenbarger and pursuant to Local Rule 7.1, concurrence was sought for the present motion and Defendant will not oppose, **Local Rule 83.20(f)** and **Federal Rule of Civil Procedure 7(b)**, respectfully moves this Honorable Court for an order permitting withdrawal as counsel in this matter. In support of this motion, counsel states as follows:

1

1. Counsel has represented John Wolfenbarger in this matter since June 5, 2024.

2. Due to serious ongoing health issues, the undersigned has been granted a six-month stay of all matters pending before this Court, with a selected few cases that will be resolved in the next sixty days to be continued with the undersigned as Counsel, which was granted following appearance before a judicial panel.

3. Notwithstanding this general stay, there has been a substantial breakdown in the attorney-client relationship between the undersigned and Plaintiff, Mr. John Wolfenbarger, such that continued representation is no longer possible.

4. Due to the serious nature of this breakdown, the undersigned is unable to disclose further details, as doing so would require disclosure of privileged and confidential communications.

5. This motion is brought in good faith and not for purposes of delay. The undersigned has taken all reasonable steps to avoid foreseeable prejudice to the client and has advised the client of the need to obtain alternate counsel.

6. In addition, Opposing Counsel has stipulated to allowing Plaintiff to answer Defendant's Motion Dismiss by February 16, 2025.

7. Permitting counsel's withdrawal will not unfairly prejudice any party or unduly delay the proceedings.

WHEREFORE, for the reasons stated above, the undersigned respectfully requests that this Honorable Court enter an order granting withdrawal as counsel of record in this matter.

Respectfully submitted,

/s/**Kama Patel**

_____

Kama Patel, Esq. (P62237)

Kama Patel LLC

45863 Tournament Drive

Northville, MI 48168

Kama.Anaadhi@gmail.com

734-377-6233

Dated: December 4, 2025

3